# MEMORANDA

OF

## CASES NOT REPORTED IN FULL.

ADELIA P. FLETCHER AND OTHERS, APPELLANTS, *v.*
ELEANOR D. UPDIKE, RESPONDENT.

*Money of wife received by husband — when he is not liable to account for it — Statute*
*of limitations.*

Appeal from a decree of the surrogate of Schuyler county, allowing to the respondent the amount of the claim made by her against the estate of her deceased husband. It appeared that the money was received by the husband from his wife, during coverture, in small sums and at various times between February, 1847, and June, 1852. *Held* (1), that, in the absence of any agreement on the part of the husband to refund these moneys, they became his absolute property by virtue of his marital rights; (2), that, even if they were received under an agreement to refund them, they constituted a claim or debt against the husband, then due, and that the same was barred by the statute of limitations.

APPEAL from a decree of the surrogate of Schuyler county, allowing to the respondent, against the estate of her deceased husband, the sum of $2,491.27, the amount of her claim presented to that officer for allowance.

*Hurd & Fletcher,* for the appellants.

*M. J. Sunderlin* and *S. L. Rood,* for the respondent.

Opinion by BOCKES, P. J.

Present — BOCKES, P. J., LANDON and COUNTRYMAN, JJ.

Decree reversed and proceedings remitted, etc., with costs of appeal to abide the result.